UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

      Plaintiff

vs.                                                                  Civil No.

**2007 TOYOTA**
**VIN: 2T1BR32E77C794388**                       1:09cv50-mp/ak

      Defendant
_____/

## MOTION TO SEAL CASE

COMES NOW the United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court seal this case until February 25, 2009. The government submits the following:

1. This civil forfeiture action arose from an ongoing criminal investigation.

2. This case is filed concurrent with applications for search warrants.

3. This case should be sealed to prevent any possible interference in the execution of the search warrants.

4. This case should be unsealed at the beginning of the business day on February 25, 2009, so that the warrant of arrest may be executed and notice of this forfeiture action sent to potentially interested parties.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

09 FEB 23  AM 11: 21

RECEIVED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2009 FEB 19  PM 3: 46

FILED

WHEREFORE, the United States of America requests that this case be placed under seal until the beginning of the business day on February 25, 2009, and that one certified copy of the Verified Complaint for Forfeiture In Rem and three certified copies of the Warrant of Arrest In Rem be provided to the United States Attorney's Office at the time of filing.

Respectfully Submitted,

THOMAS F. KIRWIN
United States Attorney

*[signature]*
ROBERT D. STINSON
Assistant United States Attorney
Florida Bar No. 319406
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430

## ORDER

The government's motion to seal this case until the beginning of the business day on February 25, 2009, is granted.

The Clerk of the Court is directed to seal this case upon filing and to automatically unseal the case at the beginning of the business day on February 25, 2009. Further, the Clerk of the Court is directed to provide one certified copy of the Verified Complaint for Forfeiture In Rem and three certified copies of the Warrant of Arrest In Rem be provided to the United States Attorney's Office at the time of filing.   2-19-09

*[signature]*
WILLIAM C. SHERRILL, JR.
United States Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2009 FEB 19 PM 3: 46

RECEIVED